# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: COUSAR, TERESA  
     COUSAR, JEFFREY T

Case No. 13-43730

Chapter 7

_____,  
Debtors

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 08, 2013. The undersigned trustee was appointed on November 08, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $ 35,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 2,908.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 32,092.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/19/2014 and the deadline for filing governmental claims was 08/19/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,209.30. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,209.30, for a total compensation of $4,209.30.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $177.43, for total expenses of $177.43.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/17/2015　　　　By: /s/DEBORAH K. EBNER, Trustee
　　　　　　　　　　　　　　　Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-43730　　　　　　　　　　　　　　　**Trustee:** (330480) DEBORAH K. EBNER, Trustee
**Case Name:** COUSAR, TERESA　　　　　　　　　　　**Filed (f) or Converted (c):** 11/08/13 (f)
　　　　　　　　COUSAR, JEFFREY T　　　　　　　　　**§341(a) Meeting Date:** 12/23/13
**Period Ending:** 06/17/15　　　　　　　　　　　　　　**Claims Bar Date:** 08/19/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6423 Elm St, Morton Grove, Il | 311,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Charter One Checking Account | 2,075.44 | 0.00 | | 0.00 | FA |
| 4 | Glenview Bank Checking Account in banks, savings | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Household Furniture audio, video, and computer | 1,625.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 600.00 | 0.00 | | 0.00 | FA |
| 7 | Aon Retirement Account | 2,138.05 | 0.00 | | 0.00 | FA |
| 8 | Morgan Stanley Retirement Account Give particula | 3,277.84 | 0.00 | | 0.00 | FA |
| 9 | Wayne Hummer IRA Account | 3,475.36 | 0.00 | | 0.00 | FA |
| 10 | Wayne Hummer IRA Account | 45,778.02 | 0.00 | | 0.00 | FA |
| 11 | 2003 Infinit I35 | 5,415.00 | 484.43 | | 0.00 | FA |
| 12 | 2008 Ford Mustang | 10,766.00 | 2,745.01 | | 0.00 | FA |
| 13 | Inheritance | Unknown | Unknown | | 35,000.00 | FA |
| 13 | **Assets**　Totals (Excluding unknown values) | **$386,450.71** | **$3,229.44** | | **$35,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　Debtor is going to pay 100% of claims out of her IRA account so that I do not sell a parcel of real estate that she inherited; Trustee conferring with West to ascertain what the tax impact is in order to obain appropriate settlement from Debtor

　　Trustee has requested voluntary discovery request from debtor's counsel with a deadline of July 4, 2014. If there is no compliance, or, if the response indicates that the estate has the rights that Trustee believes exist, counsel will be retained and this estate will be administered as an asset case.

**Initial Projected Date Of Final Report (TFR):**　　December 31, 2017　　　　**Current Projected Date Of Final Report (TFR):**　　December 31, 2017

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-43730  
**Case Name:** COUSAR, TERESA  
COUSAR, JEFFREY T  
**Taxpayer ID #:** **-***3028  
**Period Ending:** 06/17/15  

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/01/15 | {13} | Teresa A. Cousar | | 1129-000 | 35,000.00 | | 35,000.00 |
| 06/10/15 | 101 | U S Department of Treasury | | 2690-000 | | 1,995.00 | 33,005.00 |
| 06/10/15 | 102 | Illinois Department of Revenue | | 2690-000 | | 913.00 | 32,092.00 |
| | | **ACCOUNT TOTALS** | | | 35,000.00 | 2,908.00 | **$32,092.00** |
| | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 35,000.00 | 2,908.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$35,000.00** | **$2,908.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6666** | 35,000.00 | 2,908.00 | 32,092.00 |
| | **$35,000.00** | **$2,908.00** | **$32,092.00** |

{} Asset reference(s)

Printed: 06/17/2015 12:40 AM   V.13.23

Printed:  06/17/15 12:44 AM  **Claims Distribution Register**  Page: 1

**Case:  13-43730   COUSAR, TERESA**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| NOTFILED | 11/08/13 | 100 | Chase <br> <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 11/08/13 | 100 | Chase Auto Finance <br> Attn:national Bankruptcy Dept Po Box 295 <br> Phoenix, AZ 85038 <br> <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:   0% Paid** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 11/08/13 | 200 | DEBORAH K. EBNER, Trustee <br> 11 EAST ADAMS STREET <br> SUITE 904 <br> CHICAGO, IL 60603 <br> <2200-00   Trustee Expenses> | 177.43 | 177.43 | 0.00 | 177.43 | 177.43 |
| | 11/08/13 | 200 | DEBORAH K. EBNER, Trustee <br> 11 EAST ADAMS STREET <br> SUITE 904 <br> CHICAGO, IL 60603 <br> <2100-00   Trustee Compensation> <br> [Updated by Surplus to Debtor Report based on Net Estate Value: 34593.01] | 4,209.30 | 4,209.30 | 0.00 | 4,209.30 | 4,209.30 |
| | 11/08/13 | 200 | Deborah K. Ebner, ESQ. <br> 11 East Adams Suite 904 <br> Chicago, IL 60603 <br> <3110-00   Attorney for Trustee Fees (Trustee Firm)> | 2,539.00 | 2,539.00 | 0.00 | 2,539.00 | 2,539.00 |
| | 11/08/13 | 200 | LOIS WEST <br> POPOWCER KATTEN <br> 35 East Wacker Drive #1550 <br> Chicago, IL <br> <3410-00   Accountant for Trustee Fees (Other Firm)> | 950.00 | 950.00 | 0.00 | 950.00 | 950.00 |
| | 11/08/13 | 200 | Illinois Department of Revenue <br> PO Box 19053 <br> Springfield, IL 62794 <br> <2690-00   Chapter 7 Operating Expenses (incl. wages, payroll taxes and other taxes paid)> | 913.00 | 913.00 | 913.00 | 0.00 | 0.00 |
| | 11/08/13 | 200 | U S Department of Treasury <br> Internal Revenue Service Center <br> Cincinnati, OH 45999 <br> <2690-00   Chapter 7 Operating Expenses (incl. wages, payroll taxes and other taxes paid)> | 1,995.00 | 1,995.00 | 1,995.00 | 0.00 | 0.00 |
| | | | **Total for Priority 200:   100% Paid** | **$10,783.73** | **$10,783.73** | **$2,908.00** | **$7,875.73** | **$7,875.73** |
| | | | **Total for Admin Ch. 7 Claims:** | **$10,783.73** | **$10,783.73** | **$2,908.00** | **$7,875.73** | **$7,875.73** |

Printed: 06/17/15 12:44 AM

# Claims Distribution Register

Page: 2

**Case:  13-43730   COUSAR, TERESA**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|

**Unsecured Claims:**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 1I | 05/21/14 | 640 | American InfoSource LP as agent for<br>TD Bank USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866<br>&lt;7990-00   Surplus Cases Interest on Unsecured Claims (including priority)&gt; | 4.19 | 4.19 | 0.00 | 4.19 | 4.19 |
| 2I | 05/27/14 | 640 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br>&lt;7990-00   Surplus Cases Interest on Unsecured Claims (including priority)&gt; | 3.04 | 3.04 | 0.00 | 3.04 | 3.04 |
| 3I | 05/27/14 | 640 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br>&lt;7990-00   Surplus Cases Interest on Unsecured Claims (including priority)&gt; | 2.63 | 2.63 | 0.00 | 2.63 | 2.63 |
| 4I | 06/09/14 | 640 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br>&lt;7990-00   Surplus Cases Interest on Unsecured Claims (including priority)&gt; | 26.25 | 26.25 | 0.00 | 26.25 | 26.25 |
| 5I | 06/12/14 | 640 | PYOD, LLC its successors and assigns<br>as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>&lt;7990-00   Surplus Cases Interest on Unsecured Claims (including priority)&gt; | 5.46 | 5.46 | 0.00 | 5.46 | 5.46 |
| 6I | 07/31/14 | 640 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue - Suite 1120<br>Miami, FL 33131-1605<br>&lt;7990-00   Surplus Cases Interest on Unsecured Claims (including priority)&gt; | 0.41 | 0.41 | 0.00 | 0.41 | 0.41 |
| | | | **Total for Priority 640:   100% Paid** | **$41.98** | **$41.98** | **$0.00** | **$41.98** | **$41.98** |
| SURPLUS | 11/08/13 | 650 | COUSAR, TERESA<br>6423 ELM STREET<br>MORTON GROVE, IL 60053<br>&lt;8200-00   Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)&gt; | 406.99 | 406.99 | 0.00 | 406.99 | 406.99 |
| | | | **Priority 650:   100% Paid** | | | | | |
| 1 | 05/21/14 | 810 | American InfoSource LP as agent for<br>TD Bank USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 2,370.33 | 2,370.33 | 0.00 | 2,370.33 | 2,370.33 |

Printed: 06/17/15 12:44 AM

# Claims Distribution Register

Page: 3

**Case: 13-43730    COUSAR, TERESA**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 2 | 05/27/14 | 810 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)> | 1,721.50 | 1,721.50 | 0.00 | 1,721.50 | 1,721.50 |
| 3 | 05/27/14 | 810 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)> | 1,488.69 | 1,488.69 | 0.00 | 1,488.69 | 1,488.69 |
| 4 | 06/09/14 | 810 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00   General Unsecured § 726(a)(2)> | 14,862.46 | 14,862.46 | 0.00 | 14,862.46 | 14,862.46 |
| 5 | 06/12/14 | 810 | PYOD, LLC its successors and assigns<br>as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)> | 3,090.86 | 3,090.86 | 0.00 | 3,090.86 | 3,090.86 |
| 6 | 07/31/14 | 810 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue -  Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 233.46 | 233.46 | 0.00 | 233.46 | 233.46 |
| NOTFILED | 11/08/13 | 810 | Chase Bank Usa Na<br>Po Box 15298<br>Wilmington, DE 19850<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 11/08/13 | 810 | Chase- Bp<br>Po Box 15298<br>Wilmington, DE 19850<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 11/08/13 | 810 | Citgo/citibank Cbna Citicorp Credit<br>Services/attn:centralize<br>Kansas City, MO 64195<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 11/08/13 | 810 | Discover Financial Servi<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 11/08/13 | 810 | Sears/cbna<br>Po Box 6282<br>Sioux Falls, SD 57117<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Printed: 06/17/15 12:44 AM             **Claims Distribution Register**                 Page: 4

**Case: 13-43730   COUSAR, TERESA**

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | 11/08/13 | 810 | Target National Bank C/o Financial & Retail Services Mailsto Minneapolis, MN 55440 <7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 810:   100% Paid** | $23,767.30 | $23,767.30 | $0.00 | $23,767.30 | $23,767.30 |
| | | | **Total for Unsecured Claims:** | $24,216.27 | $24,216.27 | $0.00 | $24,216.27 | $24,216.27 |
| | | | **Total for Case :** | $35,000.00 | $35,000.00 | $2,908.00 | $32,092.00 | $32,092.00 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 13-43730
Case Name: COUSAR, TERESA
Trustee Name: DEBORAH K. EBNER, Trustee

**Balance on hand:** $ 32,092.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 32,092.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER, Trustee | 4,209.30 | 0.00 | 4,209.30 |
| Trustee, Expenses - DEBORAH K. EBNER, Trustee | 177.43 | 0.00 | 177.43 |
| Attorney for Trustee, Fees - Deborah K. Ebner, ESQ. | 2,539.00 | 0.00 | 2,539.00 |
| Accountant for Trustee, Fees - LOIS WEST | 950.00 | 0.00 | 950.00 |

Total to be paid for chapter 7 administration expenses: $ 7,875.73
Remaining balance: $ 24,216.27

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 24,216.27

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 24,216.27

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,767.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for TD Bank USA | 2,370.33 | 0.00 | 2,370.33 |
| 2 | Quantum3 Group LLC as agent for Comenity Bank | 1,721.50 | 0.00 | 1,721.50 |
| 3 | Quantum3 Group LLC as agent for Comenity Bank | 1,488.69 | 0.00 | 1,488.69 |
| 4 | Capital One Bank (USA), N.A. | 14,862.46 | 0.00 | 14,862.46 |
| 5 | PYOD, LLC its successors and assigns as assignee of Citibank | 3,090.86 | 0.00 | 3,090.86 |
| 6 | Capital Recovery V, LLC | 233.46 | 0.00 | 233.46 |

Total to be paid for timely general unsecured claims: $ 23,767.30
Remaining balance: $ 448.97

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | | Remaining balance: | $ | 448.97 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | | Total to be paid for subordinated claims: | $ | 0.00 |
| | | Remaining balance: | $ | 448.97 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $41.98.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 406.99.

**UST Form 101-7-TFR (05/1/2011)**