# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: COUSAR, TERESA § Case No. 13-43730
     COUSAR, JEFFREY T § 
                                     §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
     219 S. Dearborn St., 7th Floor, Chicago, IL 60604

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 08/18/2015 in Courtroom 613, United States Courthouse, 219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/13/2015     By: /s/DEBORAH K. EBNER
                                                               Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: COUSAR, TERESA | § Case No. 13-43730 |
| COUSAR, JEFFREY T | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 35,000.00 |
| *and approved disbursements of* | $ 2,953.74 |
| *leaving a balance on hand of* [1] | $ 32,046.26 |

**Balance on hand:** $ 32,046.26

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 32,046.26

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER, Trustee | 4,209.30 | 0.00 | 4,209.30 |
| Trustee, Expenses - DEBORAH K. EBNER, Trustee | 177.43 | 0.00 | 177.43 |
| Attorney for Trustee, Fees - Deborah K. Ebner, ESQ. | 2,539.00 | 0.00 | 2,539.00 |
| Accountant for Trustee, Fees - LOIS WEST | 950.00 | 0.00 | 950.00 |

Total to be paid for chapter 7 administration expenses: $ 7,875.73
Remaining balance: $ 24,170.53

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 24,170.53

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 24,170.53

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,767.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for TD Bank USA | 2,370.33 | 0.00 | 2,370.33 |
| 2 | Quantum3 Group LLC as agent for Comenity Bank | 1,721.50 | 0.00 | 1,721.50 |
| 3 | Quantum3 Group LLC as agent for Comenity Bank | 1,488.69 | 0.00 | 1,488.69 |
| 4 | Capital One Bank (USA), N.A. | 14,862.46 | 0.00 | 14,862.46 |
| 5 | PYOD, LLC its successors and assigns as assignee of Citibank | 3,090.86 | 0.00 | 3,090.86 |
| 6 | Capital Recovery V, LLC | 233.46 | 0.00 | 233.46 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for timely general unsecured claims: | $ | 23,767.30 |
|---|---|---|---|
| | Remaining balance: | $ | 403.23 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 403.23 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 403.23 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $41.98. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 406.99.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DEBORAH K. EBNER, Trustee

Trustee

DEBORAH K. EBNER, Trustee  
11 EAST ADAMS STREET  
SUITE 904  
CHICAGO, IL  60603  
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 13-43730-TAB
Teresa Cousar                                                           Chapter 7
Jeffrey T Cousar
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: cmendoza1              Page 1 of 2                  Date Rcvd: Jul 15, 2015
                              Form ID: pdf006              Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2015.
db/jdb         +Teresa Cousar,    Jeffrey T Cousar,    6423 Elm Street,    Morton Grove, IL 60053-2612
aty            +Deborah K Ebner,    Law Office of Deborah Kanner Ebner,     11 E Adams St,    Suite 904,
                 Chicago, IL 60603-6306
21205451       +Bloomingdales Department,    Po Box 8218,    Mason, OH 45040-8218
21205452        Bmo Harris Bank N.a.,    Bmo-harris Bank/attention: Legal Service,     Chicago, IL  60607
21205454      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa Na,      Po Box 85520,    Richmond, VA   23285)
21205453       +Capital One / Best Buy,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
22030375        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,     PO Box 71083,
                 Charlotte, NC  28272-1083
21205455       +Chase,    Po Box 24696,    Columbus, OH 43224-0696
21205456       +Chase Auto Finance,    Attn:national Bankruptcy Dept Po Box 295,     Phoenix, AZ 85001-0295
21205457       +Chase Bank Usa Na,    Po Box 15298,    Wilmington, DE 19850-5298
21205458       +Chase- Bp,    Po Box 15298,    Wilmington, DE 19850-5298
21205459        Citgo/citibank Cbna,    Citicorp Credit Services/attn:centralize,     Kansas City, MO   64195
21205460       +Comenity Bank/dressbrn,    Po Box 182789,    Columbus, OH 43218-2789
21205461       +Comenity Bank/nwyrk And Co,    220 W Schrock Rd,    Westerville, OH 43081-2873
21205462       +Comenity Bank/valctyfr,    Po Box 182789,    Columbus, OH 43218-2789
21205463       +Comenitybank/marathon,    Po Box 182789,    Columbus, OH 43218-2789
21205449       +Cousar Jeffrey T,    6423 Elm Street,    Morton Grove, IL 60053-2612
21205448       +Cousar Teresa,    6423 Elm Street,    Morton Grove, IL 60053-2612
21205464       +Exxnmobil/citibank Cbna,    Attn.: Centralized  Bankruptcy Po Box 20,
                 Kansas City, MO 64141-6020
21205468       +Hsbc Best Buy,    Po Box 5253,    Carol Stream, IL 60197-5253
21205450      #+Law Office of Erich G Monzon,     400 Central Ave Suite 210,    Northfield, IL 60093-3024
21205470       +Marathon Ashland Petrole,    539 S. Main,    Findlay, OH 45840-3229
21205471       +Old Republic Ins Finac,    307 N Michigan,    Chicago, IL 60601-5383
21205472       +Rnb/dayton/hudson/fields,    3701 Wayzata Blvd,    Minneapolis, MN 55416-3401
21205473       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
21205475       +Target National Bank,    Po Box 673,    Minneapolis, MN 55440-0673
21205474        Target National Bank,    C/o Financial & Retail Services Mailstop,     Minneapolis, MN  55440

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21958344        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 16 2015 01:29:37
                 American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                 Oklahoma City, OK  73124-8866
22224743        E-mail/PDF: rmscedi@recoverycorp.com Jul 16 2015 01:23:31     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21205465        E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2015 01:23:52     Gecrb/jc Penney,    Po Box 984100,
                 El Paso, TX  79998
21205466       +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2015 01:23:28     Gecrb/jc Penney,
                 Attention: Bankruptcy Po Box 103104,    Roswell, GA 30076-9104
21205467       +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2015 01:23:52     Gecrb/lenscrafters,
                 Attention: Bankruptcy Po Box 103104,    Roswell, GA 30076-9104
21205469       +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 16 2015 01:17:27     Kohls Department Store,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
22043270       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 16 2015 01:24:07
                 PYOD, LLC its successors and assigns as assignee,     of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
21978369        E-mail/Text: bnc-quantum@quantum3group.com Jul 16 2015 01:17:59
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1           User: cmendoza1                Page 2 of 2                   Date Rcvd: Jul 15, 2015
                               Form ID: pdf006                Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2015                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2015 at the address(es) listed below:
              Deborah  Kanner Ebner    on behalf of Accountant Lois  West dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah  Kanner Ebner    dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah  Kanner Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Erich G Monzon    on behalf of Debtor Teresa  Cousar emonzon@gmail.com,
               G3343@notify.cincompass.com
              Erich G Monzon    on behalf of Joint Debtor Jeffrey T Cousar emonzon@gmail.com,
               G3343@notify.cincompass.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```