# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: COUSAR, TERESA                 Case No.  13-43730-TAB
       COUSAR, JEFFREY T

                                         Chapter   7

——————————————————————————————,
                Debtors

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $386,450.71 <br> *(without deducting any secured claims)* | Assets Exempt:  $68,069.27 |
| Total Distribution to Claimants: $23,809.28 | Claims Discharged <br> Without Payment: $59,722.00 |
| Total Expenses of Administration: $10,783.73 | |

3)  Total gross receipts of $      35,000.00    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        406.99    (see **Exhibit 2**), yielded net receipts of  $34,593.01 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $336,873.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | 0.00 | 10,783.73 | 10,783.73 | 10,783.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 78,525.00 | 23,809.28 | 23,809.28 | 23,809.28 |
| **TOTAL DISBURSEMENTS** | $415,398.00 | $34,593.01 | $34,593.01 | $34,593.01 |

4)  This case was originally filed under Chapter 7 on November 08, 2013. The case was pending for 22 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _09/12/2015_____      By:_ /s/DEBORAH K. EBNER, Trustee_____
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance | 1129-000 | 35,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$35,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| COUSAR, TERESA | Dividend paid 100.00% on $406.99; Claim# SURPLUS; Filed: $406.99; Reference: | 8200-002 | 406.99 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$406.99** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Auto Finance | 4110-000 | 4,152.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 332,721.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$336,873.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER, Trustee | 2100-000 | N/A | 4,209.30 | 4,209.30 | 4,209.30 |
| DEBORAH K. EBNER, Trustee | 2200-000 | N/A | 177.43 | 177.43 | 177.43 |
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | 2,539.00 | 2,539.00 | 2,539.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| LOIS WEST | 3410-000 | N/A | 950.00 | 950.00 | 950.00 |
| Illinois Department of Revenue | 2690-000 | N/A | 913.00 | 913.00 | 913.00 |
| U S Department of Treasury | 2690-000 | N/A | 1,995.00 | 1,995.00 | 1,995.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $10,783.73 | $10,783.73 | $10,783.73 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for TD Bank USA | 7100-000 | N/A | 2,370.33 | 2,370.33 | 2,370.33 |
| 1I | American InfoSource LP as agent for TD Bank USA | 7990-000 | N/A | 4.19 | 4.19 | 4.19 |
| 2 | Quantum3 Group LLC as agent for Comenity Bank | 7100-000 | 1,092.00 | 1,721.50 | 1,721.50 | 1,721.50 |
| 2I | Quantum3 Group LLC as agent for Comenity Bank | 7990-000 | N/A | 3.04 | 3.04 | 3.04 |
| 3 | Quantum3 Group LLC as agent for Comenity Bank | 7100-000 | 1,285.00 | 1,488.69 | 1,488.69 | 1,488.69 |
| 3I | Quantum3 Group LLC as agent for Comenity Bank | 7990-000 | N/A | 2.63 | 2.63 | 2.63 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 13,991.00 | 14,862.46 | 14,862.46 | 14,862.46 |
| 4I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 26.25 | 26.25 | 26.25 |
| 5 | PYOD, LLC its successors and assigns as assignee of | 7100-000 | 2,386.00 | 3,090.86 | 3,090.86 | 3,090.86 |
| 5I | PYOD, LLC its successors and assigns as assignee of | 7990-000 | N/A | 5.46 | 5.46 | 5.46 |
| 6 | Capital Recovery V, LLC | 7100-000 | 49.00 | 233.46 | 233.46 | 233.46 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 6I | Capital Recovery V, LLC | 7990-000 | N/A | | 0.41 | 0.41 | 0.41 |
| NOTFILED | Target National Bank C/o Financial & Retail Services | 7100-000 | 2,104.00 | N/A | N/A | 0.00 |
| NOTFILED | Citgo/citibank Cbna Citicorp Credit | 7100-000 | 1,881.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbna | 7100-000 | 17,035.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase- Bp | 7100-000 | 2,312.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Financial Servi | 7100-000 | 15,160.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank Usa Na | 7100-000 | 21,230.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $78,525.00 | $23,809.28 | $23,809.28 | $23,809.28 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 13-43730-TAB | **Trustee:** (330480)    DEBORAH K. EBNER, Trustee |
| **Case Name:** COUSAR, TERESA | **Filed (f) or Converted to (c):** 11/08/13 (f) |
| COUSAR, JEFFREY T | **§341(a) Meeting Date:** 12/23/13 |
| **Period Ending:** 09/12/15 | **Claims Bar Date:** 08/19/14 |

| | 1<br><br>**Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | 2<br><br>**Petition/**<br>**Unscheduled**<br>**Values** | 3<br><br>**Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | 4<br><br>**Property**<br>**Abandoned**<br>**OA=§554(a)** | 5<br><br>**Sale/Funds**<br>**Received by**<br>**the Estate** | 6<br><br>**Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
|---|---|---|---|---|---|---|
| 1 | 6423 Elm St, Morton Grove, Il | 311,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Charter One Checking Account | 2,075.44 | 0.00 | | 0.00 | FA |
| 4 | Glenview Bank Checking Account in banks, savings | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Household Furniture audio, video, and computer | 1,625.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 600.00 | 0.00 | | 0.00 | FA |
| 7 | Aon Retirement Account | 2,138.05 | 0.00 | | 0.00 | FA |
| 8 | Morgan Stanley Retirement Account Give particula | 3,277.84 | 0.00 | | 0.00 | FA |
| 9 | Wayne Hummer IRA Account | 3,475.36 | 0.00 | | 0.00 | FA |
| 10 | Wayne Hummer IRA Account | 45,778.02 | 0.00 | | 0.00 | FA |
| 11 | 2003 Infinit I35 | 5,415.00 | 484.43 | | 0.00 | FA |
| 12 | 2008 Ford Mustang | 10,766.00 | 2,745.01 | | 0.00 | FA |
| 13 | Inheritance | Unknown | Unknown | | 35,000.00 | FA |
| **13** | **Assets    Totals** (Excluding unknown values) | **$386,450.71** | **$3,229.44** | | **$35,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Debtor is going to pay 100% of claims out of her IRA account so that I do not sell a parcel of real estate that she inherited; Trustee conferring with West to ascertain what the tax impact is in order to obain appropriate settlement from Debtor

Trustee has requested voluntary discovery request from debtor's counsel with a deadline of July 4, 2014. If there is no compliance, or, if the response indicates that the estate has the rights that Trustee believes exist, counsel will be retained and this estate will be administered as an asset case.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2017        **Current Projected Date Of Final Report (TFR):**    July 7, 2015  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-43730-TAB | **Trustee:** DEBORAH K. EBNER, Trustee (330480) |
| **Case Name:** COUSAR, TERESA | **Bank Name:** Rabobank, N.A. |
| COUSAR, JEFFREY T | **Account:** ******6666 - Checking Account |
| **Taxpayer ID #:** **-***3028 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 09/12/15 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/01/15 | {13} | Teresa A. Cousar | Per Order - Doc 31 | 1129-000 | 35,000.00 | | 35,000.00 |
| 06/10/15 | 101 | U S Department of Treasury | Year endig 6/15/ 2015 | 2690-000 | | 1,995.00 | 33,005.00 |
| 06/10/15 | 102 | Illinois Department of Revenue | Year endig 6/15/ 2015 | 2690-000 | | 913.00 | 32,092.00 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.74 | 32,046.26 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.93 | 31,998.33 |
| 08/17/15 | 103 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $177.43, Trustee Expenses;  Reference: | 2200-000 | | 177.43 | 31,820.90 |
| 08/17/15 | 104 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $4,209.30, Trustee Compensation;  Reference: | 2100-000 | | 4,209.30 | 27,611.60 |
| 08/17/15 | 105 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $2,539.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,539.00 | 25,072.60 |
| 08/17/15 | 106 | LOIS WEST | Dividend paid 100.00% on $950.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 950.00 | 24,122.60 |
| 08/17/15 | 107 | American InfoSource LP as agent for TD Bank USA | Dividend paid 100.00% on $4.19; Claim# 1I; Filed: $4.19; Reference: | 7990-000 | | 4.19 | 24,118.41 |
| 08/17/15 | 108 | Quantum3 Group LLC as agent for Comenity Bank | Dividend paid 100.00% on $3.04; Claim# 2I; Filed: $3.04; Reference: 7058067000723960 | 7990-000 | | 3.04 | 24,115.37 |
| 08/17/15 | 109 | Quantum3 Group LLC as agent for Comenity Bank | Dividend paid 100.00% on $2.63; Claim# 3I; Filed: $2.63; Reference: 5856371027928331 | 7990-000 | | 2.63 | 24,112.74 |
| 08/17/15 | 110 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $26.25; Claim# 4I; Filed: $26.25; Reference: 5291491256498732 | 7990-000 | | 26.25 | 24,086.49 |
| 08/17/15 | 111 | PYOD, LLC its successors and assigns as assignee of Citibank | Dividend paid 100.00% on $5.46; Claim# 5I; Filed: $5.46; Reference: 7302820650032775 | 7990-000 | | 5.46 | 24,081.03 |
| 08/17/15 | 112 | Capital Recovery V, LLC | Dividend paid 100.00% on $0.41; Claim# 6I; Filed: $0.41; Reference: 6008893771219742 | 7990-000 | | 0.41 | 24,080.62 |
| 08/17/15 | 113 | COUSAR, TERESA | Dividend paid 100.00% on $406.99; Claim# SURPLUS; Filed: $406.99; Reference: | 8200-002 | | 406.99 | 23,673.63 |
| 08/17/15 | 114 | American InfoSource LP as agent for TD Bank USA | Dividend paid 100.00% on $2,370.33; Claim# 1; Filed: $2,370.33; Reference: | 7100-000 | | 2,370.33 | 21,303.30 |
| 08/17/15 | 115 | Quantum3 Group LLC as agent for Comenity Bank | Dividend paid 100.00% on $1,721.50; Claim# 2; Filed: $1,721.50; Reference: 7058067000723960 | 7100-000 | | 1,721.50 | 19,581.80 |
| 08/17/15 | 116 | Quantum3 Group LLC as agent for Comenity Bank | Dividend paid 100.00% on $1,488.69; Claim# 3; Filed: $1,488.69; Reference: 5856371027928331 | 7100-000 | | 1,488.69 | 18,093.11 |
| 08/17/15 | 117 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $14,862.46; Claim# 4; Filed: $14,862.46; Reference: 5291491256498732 | 7100-000 | | 14,862.46 | 3,230.65 |
| | | | Subtotals : | | $35,000.00 | $31,769.35 | |

Exhibit 9

# **Form 2**

Page: 2

## **Cash Receipts And Disbursements Record**

| Case Number: | 13-43730-TAB | | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
|---|---|---|---|---|
| Case Name: | COUSAR, TERESA | | Bank Name: | Rabobank, N.A. |
| | COUSAR, JEFFREY T | | Account: | ******6666 - Checking Account |
| Taxpayer ID #: | **-***3028 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/12/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/17/15 | 118 | PYOD, LLC its successors and<br>assigns as assignee of Citibank | Dividend paid 100.00% on $3,090.86; Claim#<br>5; Filed: $3,090.86; Reference:<br>7302820650032775 | 7100-000 | | 3,090.86 | 139.79 |
| 08/17/15 | 119 | Capital Recovery V, LLC | Dividend paid 100.00% on $233.46; Claim# 6;<br>Filed: $233.46; Reference:<br>6008893771219742 | 7100-000 | | 233.46 | -93.67 |
| 08/18/15 | | Rabobank, N.A. | Bank and Technology Services Fee<br>Adjustment | 2600-000 | | -93.67 | 0.00 |

|  |  | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 35,000.00 | 35,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 35,000.00 | 35,000.00 | |
| Less: Payments to Debtors | | 406.99 | |
| **NET Receipts / Disbursements** | **$35,000.00** | **$34,593.01** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******6666** | 35,000.00 | 34,593.01 | 0.00 |
| | $35,000.00 | $34,593.01 | $0.00 |

{} Asset reference(s)